```
               UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF FLORIDA
                   JACKSONVILLE DIVISION
```

CHRISTOPHER SANDERS,

        Plaintiff,

v.                                Case No. 3:19-cv-430-J-34JBT

BRIAN STARLING, et al.,

        Defendants.
_____

**ORDER**

Before the Court is Plaintiff's "Motion to Dismiss Complaint Against Defendants Carrie Reed, Christopher Lane, Jeffery Beasley, and J. Akins"[1] (Doc. 96), which is unopposed by Defendant Reed (Doc. 97). No other parties have filed oppositions, and the time for doing so has passed.

Additionally, on September 9, 2020, the Court directed Plaintiff to show cause by October 13, 2020, why Defendant Powell should not be dismissed from this action. See Order to Show Cause (Doc. 92). The Court notified Plaintiff that his failure to show satisfactory cause by the designated deadline may result in the dismissal of the claims against Defendant Powell without further notice. The deadline passed on October 13, 2020, and Plaintiff

---

[1] On June 11, 2020, the Court directed the Clerk to correct the name of "J. Akins" to "Sergeant Jonathan Aikin." See Order (Doc. 63).

neither complied with the Order to Show Cause, nor requested additional time to comply. Therefore, Plaintiff's claims against Defendant Powell are due to be dismissed without prejudice in this action.

Accordingly, it is

**ORDERED:**

1. Plaintiff's "Motion to Dismiss Complaint Against Defendants Carrie Reed, Christopher Lane, Jeffery Beasley, and J. Akins" (Doc. 96) is **GRANTED**.

2. All claims against Defendants Carrie Reed, Asst. Warden Christopher Lane, Jeffery Beasley, and Sergeant Jonathan Aikin are **DISMISSED without prejudice**.

3. Defendant Reed's Motion to Dismiss (Doc. 82) and Defendant Beasley's Motion to Dismiss (Doc. 94) are **DENIED as moot**.

4. The Orders to Show Cause (Docs. 86, 95) are **DISCHARGED**.

5. Plaintiff's claims against Defendant Powell are **DISMISSED without prejudice** for Plaintiff's failure to comply with the Court's Order (Doc. 92).

6.  The **Clerk** is directed to terminate Defendants Reed, Lane, Beasley, Aikin, and Powell as parties to this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 2nd day of October, 2020.

*Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

caw 10/29
c:
Christopher Sanders, #R24565
Counsel of Record